[No. 1162.   Decided February 7, 1894.]

THE STATE, *on the relation of G. W. Shelly and H. E. Shelly,* v. THE SUPERIOR COURT OF CHEHALIS COUNTY *et al.*

*Original Application for Prohibition.*

*Greene & Turner,* for relators.

*M. J. Cochran,* and *J. B. Bridges,* for respondents.

HOYT, J.— This case presents the same questions as that of *State, ex rel. Hunt & Mottet, v. Superior Court of Chehalis County, ante,* p. 210, and for the reasons stated in the opinion in that case the alternative writ of prohibition must be made perpetual.

STILES, ANDERS and SCOTT, JJ., concur.

DUNBAR, C. J., dissents.